# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00124-CV

**In re Johnny Ray Valchar**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Johnny Ray Valchar petitioned this Court for a writ of mandamus directing the district court to act on Valchar's request for counsel in a post-conviction DNA testing proceeding. After the mandamus petition was filed and a response was requested, the district court appointed counsel. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Filed: March 31, 2006